# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1302

_____

ROBERT MCKINNON, III,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

February 25, 2019


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert McKinnon, III, pro se, Appellant.

Ashley Brooke Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.